IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY C. KUKENDALL,                                    C-07-3689 MJJ

        Plaintiff,

        v.                                                              **ORDER**

SOCIAL SECURITY ADMINISTRATION,

        Defendant.
_____/

    The Court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings. Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

    The parties are directed to confer regarding reassignment and to file, on or before December 17, 2007, a letter stating whether or not the parties request reassignment of this matter to Magistrate Judge Vadas. If the parties so request, the matter will be transferred. The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

    **IT IS SO ORDERED.**

Dated: November 28, 2007

                                                MARTIN J. JENKINS
                                                UNITED STATES DISTRICT JUDGE