RICHARD ZIEMAN (CSB 230832)
254 MILLER AVE., SUITE A
MILL VALLEY, CA 94942-1739
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Email: Zieman@ssalawca.com
Attorney for Plaintiff

**FILED**
MAR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY C. KUYKENDALL<br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>Commissioner of Social Security<br><br>　　　　Defendant | Case No.: CV-07-3689 VRW<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO SUBMIT MOTION FOR SUMMARY JUDGMENT OR REMAND. |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 90 days in which to file Plaintiff's Motion for Summary Judgment. Plaintiff's motion was due on December 26, 2007, pursuant to Civil L.R. 16-1(e). Plaintiff's Motion is now due on March 26, 2008.

//
//
//
//
//
//
//

This is Plaintiff's first request.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 12/22/07 | Richard Zieman /s/ |
| 3 | | RICHARD ZIEMAN |
| 4 | | Attorney for Plaintiff |

DATED: 1/04/07                    Jaime Preciado /s/

JAIME PRECIADO,
Specialist Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:

VAUGHN R. WALKER
United States District Judge

P's Stip/Order of ext to respond to D's SJM, CO2-1865 MJJ Page 2