IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
TROY C KUYKENDALL,                      No C 07-3689 VRW

        Plaintiff,                      ORDER

        v

MICHAEL J ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
                                     /
```

    Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the above captioned case is referred to United States Magistrate Judge Nandor Vadas for all purposes including trial and entry of final judgment.  Counsel should complete briefing according to the existing schedule pending further orders from Magistrate Judge Vadas.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge