**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**March 21, 2008**

CASE NUMBER:  CV 07-03689 VRW  
CASE TITLE:  TROY C. KUYKENDALL-v-SOCIAL SECURITY ADMINISTRATION

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Eureka** division.

**Honorable Nandor J. Vadas** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **NJV** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/21/08

FOR THE EXECUTIVE COMMITTEE:

_____  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects  
Log Book Noted                         Entered in Computer 3/21/08ha

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                Transferor CSA