```
 1  SCOTT N. SCHOOLS, SBN SC 9990
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX,
 3  Social Security Administration
    JAIME L. PRECIADO, SBN WI 1030911
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone: (415) 977-8961
        Facsimile: (415) 744-0134
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY C. KUYKENDALL,           )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>MICHAEL J. ASTRUE,            )<br>Commissioner of Social Security, )<br>                              )<br>     Defendant.              )<br>_____) | CIVIL NO. 3:07-CV-3689-NJV<br><br>MOTION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   Defendant, through his attorney undersigned, moves this Court for an Order granting defendant an additional 30 days, to and including May 28, 2008, within which to file his response to Plaintiff's Motion for Summary Judgment. This Order is sought on ground that the workload of the undersigned is extremely heavy due to staffing shortages. Defendant met and conferred with Plaintiff's counsel, who does not oppose the motion. This is defendant's first request.

                          SCOTT N. SCHOOLS
                          United States Attorney


Dated: *April 28, 2008*       By: /s/ *Jaime L. Preciado*
                              JAIME L. PRECIADO
                              Special Assistant United States Attorney
//
//

1

2   PURSUANT TO THE MOTION, IT IS SO ORDERED:

3

4
    Dated: 4/29/08
5
    _____
    NANDOR J. VADAS
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JAIME L. PRECIADO, SBN WI 1030911
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8943
      Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY C. KUYKENDALL, | ) |
| Plaintiff, | ) CIVIL NO. 3:07-CV-3689-NJV |
| v. | ) DECLARATION OF JAIME L. PRECIADO |
| | ) IN SUPPORT OF DEFENDANT'S REQUEST |
| MICHAEL J. ASTRUE, | ) FOR EXTENSION OF TIME |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

I, Jaime L. Preciado, declare and state as follows:

1. I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX.

2. I am requesting a 30-day extension for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment. On April 22, 2008, Plaintiff's counsel advised that he agreed to allow the undersigned a 30-day extension due to the heavy workload of the undersigned. Plaintiff's counsel agreed to allow Defendant a 30 day extension in order to file the motion.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2  Executed in San Francisco, California on April 28, 2008.

                    By   /s/ *Jaime L. Preciado*
                            Jaime L. Preciado
                            Special Assistant United States Attorney