SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
JAIME L. PRECIADO, SBN WI 1030911
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY C. KUYKENDALL, ) | |
|     Plaintiff, ) | CIVIL NO. 3:07-CV-3689-NJV |
| ) | |
| v. ) | MOTION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A |
| MICHAEL J. ASTRUE, ) | RESPONSE TO PLAINTIFF'S |
| Commissioner of Social Security, ) | MOTION FOR SUMMARY JUDGMENT |
| ) | (SECOND REQUEST) |
|     Defendant. ) | |

    Defendant, through his attorney undersigned, moves this Court for an Order granting defendant an additional 7 days, to and including June 4, 2008, within which to file his response to Plaintiff's Motion for Summary Judgment. The undersigned apologizes to the Court, but this Order is again sought on ground that the workload of the undersigned is extremely heavy due to staffing shortages. Defendant attempted to meet and confer with Plaintiff's counsel on May 28, 2008, but his voicemail indicated he was out-of-the-office until May 29, 2008. This is defendant's second request.

                                  SCOTT N. SCHOOLS
                                  United States Attorney

Dated: *May 28, 2008*        By: /s/ *Jaime L. Preciado*
                                  JAIME L. PRECIADO
                                  Special Assistant United States Attorney

1
2
3   PURSUANT TO THE MOTION, IT IS SO ORDERED:
4
5   Dated: 6/3/08                    _____
                                      NANDOR J. VADAS
6                                     United States Magistrate Judge
7
8
...
28

1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JAIME L. PRECIADO, SBN WI 1030911
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 TROY C. KUYKENDALL,           )
                                 )
13     Plaintiff,                ) CIVIL NO. 3:07-CV-3689-NJV
                                 )
14     v.                        ) DECLARATION OF JAIME L. PRECIADO
                                 ) IN SUPPORT OF DEFENDANT'S REQUEST
15 MICHAEL J. ASTRUE,            ) FOR EXTENSION OF TIME (SECOND)
   Commissioner of Social Security, )
16                               )
       Defendant.                )
17 _____ )

18

19 I, Jaime L. Preciado, declare and state as follows:

20     1.      I am an Assistant Regional Counsel in the Office of the General Counsel for the United

21 States Social Security Administration, Region IX.

22     2.      I am requesting a 7-day extension for filing Defendant Commissioner's response to

24 Plaintiff's motion for summary judgment. On May 28, 2008, I attempted to meet and confer with

25 Plaintiff's counsel, but his voicemail indicated he was out-of-the-office until May 29, 2008.

26
27
28

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2  Executed in San Francisco, California on May 28, 2008.

|   |   |
|---|---|
| By | /s/ *Jaime L. Preciado* |
|   | Jaime L. Preciado |
|   | Special Assistant United States Attorney |