```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JAIME L. PRECIADO, SBN WI 1030911
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY C. KUYKENDALL, )<br>　　　　　　　　　　　　　 )<br>　　　　Plaintiff, 　　　　　　 ) CIVIL NO. 07-3689 NJV<br>　　　　　　　　　　　　　 )<br>　　　　v. 　　　　　　　　　 ) STIPULATION AND ORDER AWARDING<br>　　　　　　　　　　　　　 ) ATTORNEY'S FEES UNDER THE EQUAL<br>MICHAEL J. ASTRUE, 　　　　 ) ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))<br>Commissioner of Social Security, )<br>　　　　　　　　　　　　　 )<br>　　　　Defendant. 　　　　　 )<br>_____) | |

　　　IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's attorney, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act in the amount of THREE-THOUSAND DOLLARS AND NO CENTS ($3,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. §§ 1920 and 2412(d).

　　　This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment in the aforementioned sum of THREE-THOUSAND DOLLARS AND NO CENTS ($3,000.00) under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred in

this action under EAJA.

    The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: October 29, 2008

/s/ Richard Zieman  
(As authorized via facsimile)  
RICHARD ZIEMAN  
Attorney for Plaintiff

Dated: October 29, 2008

JOSEPH P. RUSSONIELLO  
United States Attorney  
LUCILLE GONZALES MEIS  
Regional Chief Counsel, Region IX  
Social Security Administration

/s/ Jaime L. Preciado  
JAIME L. PRECIADO

IT IS SO ORDERED:

Dated:   11/4/08

THE HONORABLE NANDOR J. VADAS  
United States Magistrate Judge